IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY BIGGS, et al.,

        Plaintiff,                    No. CIV S-05-1038 LKK GGH P

     vs.

CALIFORNIA STATE, et al.,

        Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The court has concurrently issued an order addressing the complaint filed June 30, 2005. In this order, the court found that the complaint failed to state a colorable claim for relief against defendant San Mateo County Superior Court. For the reasons stated in that order, the court now recommends dismissal of the claims against this defendant.

        IT IS HEREBY RECOMMENDED that the claims against defendant San Mateo County Superior Court contained in the complaint filed June 30, 2005, be dismissed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED:   7/27/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
big1038.56