IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY J. BIGGS,

        Plaintiff,                  No. CIV S-05-1038 LKKGGH P

   vs.

CALIFORNIA STATE, et al.,

        Defendants.

_____/     ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the amended complaint filed June 30, 2005. Plaintiff alleges that he has not received timely parole hearings.

        On October 13, 2005, plaintiff filed a letter with the court stating that he did not receive the parole hearing scheduled for the week of October 3, 2005. Plaintiff requests that the court advise him how to proceed.

/////

/////

/////

/////

/////

1

1  The court cannot give plaintiff legal advice.  However, if plaintiff is seeking
2  injunctive relief in the form of an order directing defendants to provide him with a timely parole
3  hearing, he must filed a proper motion.  Fed. R. Civ. P. 7(b)(applications to the court must be
4  made by motion).
5  IT IS HEREBY ORDERED.
6  DATED: 10/31/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
bigg1038.ord