1 │ BILL LOCKYER
   │ Attorney General of the State of California
2 │ JAMES M. HUMES
   │ Chief Assistant Attorney General
3 │ FRANCES T. GRUNDER
   │ Senior Assistant Attorney General
4 │ JAMES E. FLYNN
   │ Supervising Deputy Attorney General
5 │ CONSTANCE L. PICCIANO, State Bar No. 66172
   │ Deputy Attorney General
6 │   1300 I Street, Suite 125
   │   P.O. Box 944255
7 │   Sacramento, CA 94244-2550
   │   Telephone: (916) 322-6453
8 │   Fax: (916) 324-5205

9 │ Attorneys for Defendants Farmer, Manieri,
   │ Schwarzenegger, and Woodford
10│ SA2005301609

**FILED**

NOV 2 2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

11

12        IN THE UNITED STATES DISTRICT COURT

13       FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15

| JEFFREY J. BIGGS, | CIV S-05-1038 LKK GGH P |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| CALIFORNIA STATE, et al., | |
| Defendants. | |

21        The Court, having considered defendant's request for an extension of time to file a

22  responsive pleading, and good cause having been found.

23        **IT IS HEREBY ORDERED**: Defendant's responsive pleading shall be filed on or

24  before December 15, 2005.

25  DATED: _____ Nov 21, 2005

                                    GREGORY G. HOLLOWS
26
                                    _____
27                                  UNITED STATES MAGISTRATE JUDGE

   30060267.wpd
28

[Proposed] Order Granting Request for Extension of Time to File Responsive Pleading

1