IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY BIGGS, et al.,

    Plaintiff,                      No. CIV S-05-1038 LKK GGH P

    vs.

CALIFORNIA STATE, et al.,

    Defendants.                   <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 27, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed July 27, 2005, are adopted in full; and

2. The claims against defendant San Mateo County Superior Court contained in the complaint filed June 30, 2005, are dismissed.

DATED: January 11, 2006.

      /s/Lawrence K. Karlton
      UNITED STATES DISTRICT JUDGE

/bigg1038.801