IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY BIGGS,

      Plaintiff,                     No. CIV S-05-1038 LKK GGH P

   vs.

CALIFORNIA STATE, et al.,

      Defendants.           <u>ORDER</u>

          On April 10, 2006, the court dismissed plaintiff's complaint with leave to file a second amended complaint within thirty days. The court ordered defendants' response to the complaint due thirty days thereafter. On April 20, 2006, plaintiff filed a second amended complaint. Thirty days passed and defendants did not file a response.

          Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, defendants shall show cause for their failure to file a timely response to plaintiff's second amended complaint; within that time, defendants shall also file a response to the second amended complaint.

DATED: 8/30/06                                  /s/ Gregory G. Hollows

big1038.ord                            GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

1