IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY BIGGS,

        Plaintiff,                  No. CIV S-05-1038 LKK GGH P

    vs.

CALIFORNIA STATE, et al.,

        Defendants.         <u>ORDER</u>

_____/

        On August 30, 2006, the court ordered defendants to show cause for their failure to file a timely response to plaintiff's second amended complaint. On September 20, 2006, defendants filed a response to the show cause order.

        Good cause appearing, IT IS HEREBY ORDERED that the August 30, 2006, order to show cause is discharged.

DATED: 9/25/06                              /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

big1038.dis