IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY J. BIGGS,

        Plaintiff,                  No. CIV S-05-1038 LKK GGH P

    vs.

CALIFORNIA STATE, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On April 20, 2007, plaintiff filed a request for appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

1    Plaintiff has filed a document entitled "request for discovery." Plaintiff is
2 informed that court permission is not necessary for discovery requests and that neither discovery
3 requests served on an opposing party nor that party's responses should be filed until such time as
4 a party becomes dissatisfied with a response and seeks relief from the court pursuant to the
5 Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with
6 the court unless, and until, they are at issue.
7    Accordingly, IT IS HEREBY ORDERED that:
8    1. Plaintiff's April 20, 2007, motion for appointment of counsel is denied;
9    2. Plaintiff's April 20, 2007, request for discovery will be placed in the court file
10 and disregarded.
11 DATED:  5/1/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
bigg1038.31thr