IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY J. BIGGS,

       Plaintiff,                      No. CIV S-05-1038 LKK GGH P

       vs.

CALIFORNIA STATE, et al.,

       Defendants.                <u>ORDER</u>

          On May 1, 2007, the Magistrate Judge issued an order denying the plaintiff's request for the appointment of counsel. On September 7, 2007, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of May 1, 2007 is therefore untimely.

          Accordingly, IT IS HEREBY ORDERED that plaintiff's September 7, 2007 request for reconsideration is denied.

DATED: September 14, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT