1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11

12   **JEFFREY J. BIGGS,**                    2:05-cv-1038 LKK GGH P

13                           Plaintiff,    **ORDER GRANTING**
                                           **DEFENDANTS' REQUEST**
14         **v.**                          **FOR EXTENSION OF TIME**
                                           **TO FILE DISPOSITIVE**
15   **CALIFORNIA STATE, et al.,**         **MOTION**

16                           Defendants.

17

18         The Court, having considered Defendants' request for an extension of time to file an a

19   dispositive motion, and good cause having been found:

20         **IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, nunc

21   pro tunc, to and including September 21, 2007, to complete and file their dispositive motion.

22   Dated: 9/27/07

23                                    /s/ Gregory G. Hollows
                                      U.S. Magistrate Judge
24   bi1038.eot

25

26

27

28

                                         1